John A. Tate, Pro Se
JohnTate@bowlerboy.com
6201 Picard PVT Lane
Maurice, LA 70555
(337) 356-8024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN A. TATE<br><br>PLAINTIFF<br><br><br><br>V.<br><br>DEVESCOVI MATTEO<br><br>DEFENDANT | Case No. 3:18-CV-03535-EDL<br><br>**(Proposed)**<br>**ORDER FOR ALTERNATE SERVICE OF PROCESS**<br><br>**AS MODIFIED**<br><br>JUDGE:  Magistrate Judge Laporte |

## **ORDER FOR ALTERNATE SERVICE OF PROCESS**

Considering the Motion of Plaintiff, John A. Tate, for an order granting leave to serve the summons and complaint upon the Defendant Devesocovi Matteo under Fed.R.Civ.P. 4(3), via electronic means (Email), alternatively by Email and international mail service:

IT IS HEREBY ORDERED that the motion of Plaintiff, John A. Tate is granted, and that Plaintiff is granted leave to serve the summons and complaint upon the Defendant Devesocovi Matteo under Fed.R.Civ.P. 4(3) by the electronic means of Email at the Email address provided in paragraph 4 of the motion;

IT IS FURTHER ORDERED that the alternative motion for additional service of process of the summons and complaint by certified international mail with return receipt (i.e., proof of delivery) at the address provided within paragraph 2 of the motion is GRANTED.

It is FURTHER ORDERED that Plaintiff must file proof of service of Defendant on the case docket once these two methods of service have been completed.

Date:   August 17, 2018.

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
U. S. MAGISTRATE JUDGE