UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. TATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEVESCOVI MATTEO,<br><br>　　　　　Defendant. | Case No. 18-cv-03535-JCS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff John A. Tate, *pro se*, and Defendant Matteo Devescovi have settled this matter pursuant to a settlement agreement which is attached as Exhibit 1. Pursuant to that settlement agreement, the Court dismisses the entire action with prejudice, with each party bearing that party's attorneys' fees and costs of suit. The Court retains jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: November 13, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge